THOMAS E. DOWEY, ESQUIRE
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
(609)646-6200
<u>Attorney for</u>
<u>Debtor</u>_____


UNITED STATES BANKRUPTCY COURT
DISTRICT COURT OF NEW JERSEY


IN RE: Gina Frizzell                                                    Case No.  10-31513 (GMB)
      Stanley G. Frizzell, Jr.                                         Chapter 13

**<u>NOTICE OF MOTION TO DETERMINE VALUE OF SECURITY AND CREDITOR'S ALLOWED CLAIM</u>**

HEARING DATE:   <u>09/07/2010</u>                ORAL ARGUMENT REQUESTED__X__

TO:   Isabel Balboa                                              PNC Bank, N.A.
       Cherry Tree Corporate Center                    Attn: Bankruptcy Dept
       535 Route 38, Suite 580                              P.O. Box 5570
       Cherry Hill, New Jersey 08002                    Cleveland, OH 44101-0570

     PLEASE TAKE NOTICE that on the 7th day of <u>September</u> 2010 at 10 o'clock AM, the undersigned attorney for Debtor(s), Thomas E. Dowey, Esquire shall make application to this Honorable Court for an Order determining the value of the personal residence of the debtor at 178 Ardmore Road, Mays Landing, NJ 08330.

     PLEASE TAKE FURTHER NOTICE the debtors will also move for an Order modifying any Proof of Claim filed by PNC Bank, N.A. for the second mortgage to fully unsecured.

     PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the attached Certification of the debtors, the arguments of counsel and such other and further proofs as may be adduced at the hearing hereof.

     PLEASE TAKE FURTHER NOTICE that the moving party believes that no brief is

necessary in support of the within application due to the fact that the matter involves no complex issues of law or fact.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument of this matter.

PLEASE TAKE FURTHER NOTICE that if you wish to contest the within Motion, you must file opposition with the office of the Clerk of the Bankruptcy Court, and serve the undersigned, 7 days in advance of the aforesaid hearing, your responding papers stating with particularly the basis of your opposition to the within Motion. A copy of the proposed Order which is sought is annexed hereto and made a part hereof.

`                                    /S/ThomasE.Dowey,Esq._____
                                    THOMAS E. DOWEY, ESQUIRE
                                    Attorney for Debtor

Dated: July 30, 2010