

Thomas E. Dowey, Esquire
1423 Tilton Road Suite 8
Northfield, N.J. 08225
(609) 646-6200
Attorney for the Debtor

_____

IN RE: Gina Frizzel                    UNITED STATES BANKRUPTCY COURT
     Stanley G. Frizzell, Jr.        FOR THE DISTRICT OF NEW JERSEY

                                        CASE NO.: 10-31513 (GMB)
                                        CHAPTER 13

                                        **ORDER**

Social Security No                              HEARING DATE: 09/07/2010

_____

       The relief set forth on the following page, numbered two (2) is hereby
ORDERED.

**DATED: 9/16/2010**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

(Page 2)

Debtor: Gina Frizzell
         Stanley G. Frizzell, Jr.
Case No.: 10-31513

Caption of Order: **ORDER DETERMINING VALUE OF SECURITY AND CREDITOR'S ALLOWED CLAIM.**

_____

      **THIS MATTER** having been brought before the court by attorney for the debtor, and for good cause having been shown it is hereby

      **ORDERED THAT** the value of the debtor's home at 178 Ardmore Road, Mays Landing New Jersey is determined to be $215,000.00 and it is further;

      **ORDERED THAT** the second mortgage held by PNC Bank, N.A. against the real estate of Gina and Stanley Frizzell at 178 Ardmore Road, Mays Landing, New Jersey, be and is only allowed as a fully unsecured claim; and it is further

      **ORDERED THAT** upon the issuance of a bankruptcy discharge,PNC Bank, N.A. will cancel the above mentioned second mortgage and deliver a discharge of mortgage suitable for recording to the debtors, and it is further

      **ORDERED THAT** In the event PNC Bank, N.A. does not execute and deliver to the Debtors any termination statement, or other document that is or may be required by law to release and discharge the Second Mortgage, the Debtors shall be permitted to use the attached order along with the Order of Discharge as authorization for termination and release of the Second Mortgage.

      **ORDERED THAT** This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

      **ORDERED THAT** any claim filed by PNC Bank, N.A. as secured will be modified and allowed as unsecured.

*Approved by Judge Gloria M. Burns September 16, 2010*